1  Charles D. Oren, Esq. #103038
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

5

6

7              IN THE UNITED STATES DISTRICT COURT FOR

8                  THE EASTERN DISTRICT OF CALIFORNIA

9                              AT FRESNO

10 WILLIAM SKELTON            )
                              )   1:06-CV-1503 AWI NEW (DLB)
11                            )
           Plaintiff,         )   STIPULATION AND ORDER
12                            )
   vs.                        )
13                            )
   Commissioner of Social     )
14 Security,                  )
                              )
15         Defendant.         )
   _____)
16

17
        IT IS HEREBY STIPULATED by and between the parties as follows: that
18
   appellant be granted a 30 day extension of time, until August 30, 2007, in which to file and
19
   serve Plaintiff's Opening brief.  All remaining actions under the scheduling order filed,
20
   October 25, 2006, shall proceed under the time limit guidelines set therein.
21
   / /
22
   / /
23
   / /
24
   / /
25
   / /
26

27

28

1 | Dated: July 31, 2007        /s/ Charles D. Oren

2 |                             CHARLES D. OREN,
                                Attorney for Plaintiff.
3 |
    Dated: August 1, 2007
4 |                             MCGREGOR SCOTT
                                United States Attorney
5 |
                                By: /s/ Michael A. Cabotaje
6 |                             (as authorized via facsimile)
                                MICHAEL A. CABOTAJE
7 |                             Assistant U.S. Attorney

8 |

9 |

10 |

    IT IS SO ORDERED.
11 |
       **Dated:   August 28, 2007**              **/s/ Dennis L. Beck**
12 |                                             UNITED STATES MAGISTRATE JUDGE

13 |