IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM SKELTON, | ) | 1:06cv01503 AWI NEW (DLB) |
| | ) | |
| | ) | ORDER DISCHARGING |
| | ) | ORDER TO SHOW CAUSE |
| Plaintiff, | ) | (Document 18) |
| | ) | |
| vs. | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    On October 18, 2006, Plaintiff filed the present action for judicial review of the denial of Social Security benefits. On August 7, 2007, the Court issued an order to show cause why the action should not be dismissed for Plaintiff's failure to file an opening brief pursuant to the October 25, 2006, order. On August 27, 2007, the parties submitted a stipulation to extend Plaintiff's time for filing his opening brief to August 30, 2007.

    Although the stipulation to extend time is not a proper response to an order to show cause, the Court DISCHARGES the order to show cause because the parties are in agreement as to the extension of time.

    IT IS SO ORDERED.

    Dated: **August 30, 2007**          **/s/ Dennis L. Beck**
                                                   UNITED STATES MAGISTRATE JUDGE