IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SKELTON, ) | 1:06cv01503 AWI NEW (DLB) |
| ) | |
| ) | SECOND ORDER TO SHOW CAUSE |
| Plaintiff, ) | |
| vs. ) | |
| MICHAEL J. ASTRUE, Commissioner, ) | |
| Defendant. ) | |

    On October 18, 2006, Plaintiff filed the present action for judicial review of the denial of Social Security benefits.  On October 25, 2006, the Court issued a Scheduling Order.  The Scheduling Order states that within 120 days after service, Defendant shall file and serve a copy of the administrative record which shall be deemed an answer to the complaint.  The Order also provides that within 30 days after service of the administrative record, Plaintiff shall serve on Defendant a letter brief outlining why remand is warranted which Defendant shall respond to within 35 days.  Thereafter, if Defendant does not stipulate to remand, within 30 days of Defendant's response, Plaintiff must file and serve an opening brief.

    On April 18, 2007, Defendant lodged the administrative record.  Pursuant to the Scheduling Order, Plaintiff was required to file his brief on or before July 22, 2007.  After failing to do so, the

1

Court issued an Order to Show Cause on August 7, 2007. The Order was discharged on August 31, 2007, after the parties stipulated to allow Plaintiff until August 30, 2007, to file his opening brief. However, Plaintiff has again failed to file his opening brief.

This is the second, and final, Order to Show Cause. **Plaintiff shall file his opening brief within thirty (30) days of the date of service of this order or sanctions, which may include dismissal, will be imposed.**

IT IS SO ORDERED.

Dated:   **September 17, 2007**             /s/ **Dennis L. Beck**
                                                                  UNITED STATES MAGISTRATE JUDGE