IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM SKELTON, | ) | 1:06cv01503 AWI NEW (DLB) |
| | ) | |
| Plaintiff, | ) | ORDER DISCHARGING |
| | ) | SECOND ORDER TO SHOW CAUSE |
| vs. | ) | (Document 24) |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| Defendant. | ) | |

    On October 18, 2006, Plaintiff filed the present action for judicial review of the denial of Social Security benefits.

    On September 17, 2007, the Court issued a second order to show cause after Plaintiff failed to file his opening brief by August 30, 2007, the date stipulated to by the parties.

    Also on September 17, 2007, Plaintiff filed a stipulation of the parties extending time to September 14, 2007, to file his opening brief.  He filed his opening brief along with the stipulation. The Court notes that the stipulation was filed almost three weeks *after* the date his opening brief was originally due and the opening brief was actually filed *after* the date agreed to in the stipulation. Nonetheless, the Court will discharge the order to show cause.

1

1 | The Court is fully cognizant of the heavy caseload carried by counsel, yet the parties must abide by the deadlines set both by the Court and by the parties through stipulation, to ensure that the administration of Social Security appeals proceeds as efficiently and expeditiously as possible.

IT IS SO ORDERED.

**Dated:   September 24, 2007**            _____/s/ **Dennis L. Beck**_____
                                            UNITED STATES MAGISTRATE JUDGE