IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SKELTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　Defendant. | CIV F 06-1503  AWI GSA<br><br>ORDER ON MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 23, 28, & 35) |

　　　　Plaintiff is represented by counsel and seeks judicial review of a final decision of the Commissioner of Social Security (Commissioner) denying certain disability benefits. The matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rule 72-302.

　　　　On April 1, 2008, the Magistrate Judge filed findings and a recommendation that the Plaintiff's social security complaint be denied and that the Clerk be directed to enter judgment for Defendant Michael J. Astrue and against Plaintiff William Skelton. The findings and recommendations were served on all parties on April 1, 2008, and contained notice that any objections to the findings and recommendations were to be filed within fifteen (15) days of the date of service of the order.  Fifteen days have passed, and as of the date of this order, no party has filed any objections.

　　　　 In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review.  Having carefully reviewed the entire file, the Court finds that the findings and

recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendation filed on April 1, 2008, are ADOPTED IN FULL;
2. The Plaintiff's social security complaint is DENIED; and
3. The Clerk of Court is DIRECTED to enter judgment for Defendant Michael J. Astrue and against Plaintiff William Skelton.

IT IS SO ORDERED.

Dated:   **April 22, 2008**                                 /s/ Anthony W. Ishii
                                                         UNITED STATES DISTRICT JUDGE